UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OMAR BELACAZAR-GARCIA,**

    Petitioner,

v.	Case No.  8:06-cv-774-T-30EAJ
    Crim. No.:  8:04-cr-545-T-30EAJ

**UNITED STATES OF AMERICA,**

    Respondent.
_____

## ORDER OF DISMISSAL

A review of the file indicates that the Petitioner has withdrawn his motion to vacate (Dkt. #1).  Therefore, there is no pending matter before the Court.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-774.dismissal.wpd